No. 82–397.   STATE BAR OF TEXAS *v.* HOWELL.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *District of Columbia Court of Appeals* v. *Feldman, ante,* p. 462.

No. 82–1360.   CROSS ET AL. *v.* BAXTER ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of § 2 of the Voting Rights Act of 1965, 42 U. S. C. § 1973, as amended in 1982.

No. —–——.   BOUMA ET UX. *v.* LARRY C. IVERSON, INC.   Motion to direct the Clerk to file the petition for writ of certiorari granted.

No. A–725.   CAVANAUGH *v.* UNITED STATES.   C. A. 10th Cir.   Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–758 (82–540).   MISSISSIPPI *v.* SMITH, ATTORNEY GENERAL.   D. C. D. C.   Application for stay of proceedings, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. D–311.   IN RE DISBARMENT OF MASON.   Disbarment entered.   [For earlier order herein, see 459 U. S. 1141.]

No. D–312.   IN RE DISBARMENT OF ERGAZOS.   Disbarment entered.   [For earlier order herein, see 459 U. S. 1141.]

No. D–331.   IN RE DISBARMENT OF BISHOP.   It is ordered that Brian Alan Bishop, of Nevada City, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.